1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

MANINDER KAUR,

Case No.  1:22-cv-00697-BAK(HBK)

12

Plaintiff,

ORDER GRANTING MOTION TO
PROCEED *IN FORMA PAUPERIS* AND
DIRECTING CLERK TO ISSUE THE
SCHEDULING ORDER AND SUMMONS

13

v.

14

COMMISSIONER OF SOCIAL
SECURITY,

(Doc. No.  2)

15
16

Defendant.

17
18

Pending before the Court is Plaintiff's motion for leave to proceed *in forma pauperis*

19

under 28 U.S.C. § 1915 in this Social Security appeal.  (Doc. No.  2).  Plaintiff's declarations in

20

the motion satisfies the requirements under § 1915.

Accordingly, it is **ORDERED**:

21

1.  Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

22

2.  The Clerk is directed to issue the Scheduling Order and summons.  **Service shall**

23

**proceed under the Court's E-Service program set forth in the Scheduling Order.**

24
25

Dated:    June 13, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

26
27
28