UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANINDER KAUR,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:22-cv-00697-JLT-CDB (SS)<br><br>ORDER ON STIPULATION GRANTING EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 15) |

On October 21, 2022, Plaintiff filed a Notice of 30-day Permitted Extension of time within which to file a Motion for Summary Judgment from October 25, 2022, to November 25, 2022. (ECF No. 14).

On November 21, 2022, the parties submitted a Stipulation and Proposed Order for Extension of Time. (ECF No. 15). The parties' stipulation requests the Court extend Plaintiff's date to file a Motion for Summary Judgment from November 25, 2022, to January 24, 2023, a 60-day extension.

For the reasons set forth in the stipulation, the Court finds good cause to grant Plaintiff's requested extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED,

/ / /

/ / /

Plaintiff Maninder Kaur's deadline to file a Motion for Summary Judgment shall be extended to **January 24, 2023.**

IT IS SO ORDERED.

Dated:   **November 23, 2022**   _____
UNITED STATES MAGISTRATE JUDGE