UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANINDER KAUR,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. 1:22-cv-00697-JLT-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 21) |

Pending before the Court is the parties' stipulation requesting that Defendant be granted a 21-day extension of time to file its response to Plaintiff's Motion for Summary Judgment. (Doc. 21). Accordingly, based on the parties' representations in the stipulation, and for good cause appearing, it is HEREBY ORDERED, Defendant shall have a 21-day extension of time from April 10, 2023, to May 1, 2023, to serve and file any response to the pending motion for summary judgment. The Court's Scheduling Order (Doc. 6) shall continue to govern the filing of any reply brief.

IT IS SO ORDERED.

   Dated:  **April 10, 2023**

UNITED STATES MAGISTRATE JUDGE